## George T. Harz, Appellant, v. City of Chicago et al., Appellees.

### Gen. No. 44,349.

opinion filed April 12, 1948; rehearing denied April 23, 1948; released for publication April 23, 1948; Joseph G. Branch, for appellant; Benjamin S. Adamowski, Corporation Counsel, Ralph K. Ball, Anan Raymond, Joseph C. Owens, and Tenney, Sherman, Rogers & Guthrie, for appellees; L. Louis Karton, Head of Appeals and Review Division, Sydney R. Drebin, Assistant Corporation Counsel, Poppenhusen, Johnston, Thompson & Raymond, Henry F. Tenney and L. Dow Nichol, Jr., of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.

## Allied Credit Service, Appellant, v. Theodore Polcyn, Defendant. Dan S. Zehr, Nellie J. Zehr and Dean S. Zehr, Appellees.

### Gen. No. 44,333.

opinion filed April 12, 1948; released for publication April 23, 1948. Oscar G. Wahlgren, for appellant; Homer English and Chester Thomson, for appellees. Opinion by JUSTICE FEINBERG. **Not to be published in full.**

Arthur Heun et al., Appellants, v. The Northern Trust Company, Appellees.

Gen. No. 44,355.

opinion filed April 12, 1948; rehearing denied April 23, 1948; released for publication April 23, 1948. George R. Faust and Musgrave, Ewins, Price & Notz, for appellants; Marvin A. Jersild and Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellees; Marvin A. Jersild, David Levinson and Richard M. Gudeman, of counsel. Opinion by JUSTICE FEINBERG. **Not to be published in full.**

J. Davis, Appellee, v. Ida Muriset, Appellant.

Gen. No. 44,370.